**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| THE GLAZIER GROUP, INC. and, § <br> T-BONE RESTAURANT, LLC, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> MANDALAY CORP., MANDALAY § <br> RESORT GROUP, and MINA GROUP § <br> LLC, § <br> § <br> Defendants. § | CIVIL ACTION NO. H-06-2752 |

**ORDER**

Following a status and scheduling conference at which all counsel of record appeared, this court enters the following scheduling and docket control order:

- Defendants' motion for Michael McCue to appear *pro hac vice* is granted.

- The parties will issue deposition notices under Rule 30(b)(6) by October 26, 2006. The Rule 30(b)(6) depositions will be conducted by December 1, 2006. The topics are to include personal jurisdiction, venue, and the Lanham Act and related claims.

- Defendants will depose plaintiffs' survey expert by December 1, 2006.

- Defendants' survey expert will submit a report under Rule 26(a)(2)(B) by December 1, 2006. Plaintiffs may depose defendants' survey expert by December 15, 2006.

- The parties will supplement the motions and supporting materials already filed

and file any new motions by December 29, 2006.  Responses are due by January 12, 2007.

SIGNED on October 24, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge